STATE OF CONNECTICUT v. ROBERT ELLIOTT

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted, restricted to the question of legality of entry without warrant.

*Robert K. Lesser,* in support of the petition.

Submitted November 9—decided December 23, 1964

CECIL NORDE v. GEORGE MALASH

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Ralph S. Kantrowitz,* in support of the petition.

Submitted November 6—decided December 29, 1964

THOMAS H. CORRIGAN, ADMINISTRATOR (ESTATE OF JOSEPH A. FOY) v. CLINTON H. ROWLAND ET AL.

The motion by the defendants Clinton H. Rowland and the city of Hartford to dismiss the appeal of the defendant Mary A. Moriarty from the Superior Court in Hartford County insofar as it is or may be directed against them is granted.

*William C. Galligan,* for the appellee (plaintiff).

*William R. Moller,* with whom was *Edmund T. Curran,* for the appellant (defendant Mary A. Moriarty).

*J. Brooks Johnson, Jr.,* for the appellees (defendants Rowland et al.).

*Richard W. Shettle* appeared for the appellee (defendant Philip Ritone).